IRENE C. GRACE, Respondent, v. ADOLF BLECHNER and ALBERT BLECHNER
& SONS, INC., Appellants.— Order granting preference on trial calendar affirmed,
with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning,
Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of EDWARD JOHNSON for Leave to Raise
Funds for the Improvement of the Real Property of THEODORE JOHNSON, an
Infant, under the Age of Fourteen Years, Appellant.— Order denying motion
for leave to mortgage infant's real property affirmed, without costs, and without
prejudice to a further application. No opinion. Kelly, P. J., Jaycox, Young,
Kapper and Lazansky, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of JOHN KANE,
Deceased.— Decree of the Surrogate's Court of Richmond county, and order
denying motion to resettle case on appeal, unanimously affirmed, with costs to
respondent, payable by appellants.   In our opinion the testimony taken pursuant
to section 141 of the Surrogate's Court Act was properly considered by the
surrogate at the trial of the issues raised by the filing of objections.   The surrogate
presided at both examination and trial.   All the persons appearing at the trial
had previously appeared at the oral examination, where the witnesses were
examined and cross-examined.   At the trial the surrogate presided without a
jury, so that he was the sole judge of the facts and of the evidence taken at the
oral examination before him.   Nothing was to be gained by repeating evidence
with which every one concerned, including the surrogate, was familiar.   (See
*Downey* v. *Downey,* 16 Hun, 481.)   Present — Kelly, P. J., Jaycox, Manning,
Kapper and Lazansky, JJ.

LAURA H. LELO, Respondent, v. MORARD REALTY CORPORATION and SELPRO
REALTY CORPORATION, Appellants.— Judgment and order unanimously affirmed,
with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper
and Lazansky, JJ.

SAMUEL LEVINE, Appellant, v. SINDEL JAFFE, Respondent, and Others, Defend-
ants.— Judgment unanimously affirmed, with costs. No opinion. Present —
Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

GERARDO MARANO, Appellant, v. MARIA MARANO, Respondent.— Order granting
alimony and counsel fee affirmed, with ten dollars costs and disbursements. No
opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

JAMES D. McCAULEY, Appellant, v. GEORGIA RAILROAD BANK, Respondent.—
Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Jaycox,
Manning and Young, JJ., concur; Kapper, J., dissents on the ground that the
evidence presented a question of fact.